**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Linda A. Ishak, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   **FILED: MAY 15, 2008** |
| | ) | **08CV2832              AEE** |
| Corporate Receivables, Inc., an Arizona | ) | **JUDGE NORDBERG** |
| corporation, | ) | **MAGISTRATE JUDGE BROWN** |
| | ) | |
| Defendant. | ) | <u>Jury Demanded</u> |

**COMPLAINT**

Plaintiff, Linda A. Ishak, brings this action under the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, <u>et seq.</u> ("FDCPA"), for a declaration that the form of

Defendant's debt collection letters violates the FDCPA, and to recover damages for

Defendant's violation of the FDCPA, and alleges:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28

U.S.C. § 1331.

2.      Venue is proper in this District because the acts and transactions occurred

here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

3.      Plaintiff, Linda A. Ishak ("Ishak"), is a citizen of the State of Illinois,

residing in the Northern District of Illinois, from whom Defendant attempted to collect a

delinquent consumer debt allegedly owed to HSBC Bank Nevada, N.A.

4.      Defendant, Corporate Receivables, Inc. ("CRI"), is an Arizona corporation

that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly

uses the mails and/or the telephone to collect, or attempt to collect, delinquent

consumer debts, including delinquent consumer debts in the Northern District of Illinois.

In fact, CRI was acting as a debt collector as to the delinquent consumer debt it

attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5.    Defendant CRI sent Ms. Ishak form collection letters, dated May 31, 2007

and July 6, 2007, which both stated, in pertinent part:

* * *

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT
TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT
YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE
VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN
CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN
SEVEN DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST
BY WRITING TO THE DEBT COLLECTOR.

* * *

These letters are attached as Exhibits A and B, respectively.

6.    All of Defendant's collection actions at issue in this matter occurred within

one year of the date of this Complaint.

7.    Defendant's collection communications are to be interpreted under the

"unsophisticated consumer" standard.  See, Gammon v. GC Services, Ltd. Partnership,

27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I
### Violation Of § 1692c(a)(3) Of The FDCPA
### Wrongly Requiring Consumers To Make A Written Request
### To Not Be Called At Work

8.    Plaintiff adopts and realleges ¶¶ 1-7.

9.      Section 1692c(a)(3) of the FDCPA prohibits a debt collector from calling consumers at work if the debt collector knows, or has reason to know, that the consumer cannot take calls at work — without regard to whether the consumer has notified the debt collector in writing or on the telephone, <u>see</u> 15 U.S.C. § 1692c(a)(3).

10.     Defendant overshadowed, and thus rendered ineffective, this provision of the FDCPA by improperly limiting oral notifications (to not call consumers at work) to ten days and requiring consumers to confirm any oral notifications (to not call consumers at work) in writing, in order to avoid future calls from Defendant at the consumer's workplace.  In fact, there is no such requirement under the FDCPA that consumers confirm, in writing, a directive to not call the consumer at work, or limiting the effect of an oral notification to only ten days unless confirmed in writing.

11.     Defendant's violation of § 1692c(a)(3) of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees.  <u>See</u>, 15 U.S.C. § 1692k.

## COUNT II
## Violation Of § 1692e Of The FDCPA -
## Making A False Statement

12.     Plaintiff adopts and realleges ¶¶ 1-7.

13.     Section 1692e of the FDCPA prohibits a debt collector from using any false and/or deceptive or misleading representations or means in connection with the collection of a debt, <u>see</u> 15 U.S.C. § 1692e.

14.     Defendant, in violation of § 1692e of the FDCPA, falsely stated in its letter that any oral request by a consumer that he/she is not to be called at work would only

be valid for 10 days, unless confirmed in writing by the consumer within 7 days, when, in fact, the FDCPA does not require that consumers put such an oral notification into writing to the debt collector to prevent future calls to the consumer's workplace.

15.    Defendant's violation of § 1692e of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees.  <u>See</u>, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, Linda A. Ishak, prays that this Court:

1.    Declare that the form of Defendant's debt collection letters violates the FDCPA;

2.    Enter judgment in favor of Plaintiff Ishak, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by §1692k(a) of the FDCPA; and,

3.    Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Linda A. Ishak, demands trial by jury.

Linda A. Ishak,

By:  /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated:  May 15, 2008

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

CORPORATE RECEIVABLES, INC.

Dept 087
PO Box 4115
Concord, CA 94524

<—— DO NOT BEND
PAYMENTS -OR-
CORRESPONDENCE
TO THIS ADDRESS!

Reference Client:  HSBC BANK NEVADA  N.A.
Client Acct#:                          7884
Reference #:
You Owe:          $589.60

Return Service Requested

May 31, 2007

LINDA A ISHAK
                    IL

Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ  85064-2995

········································  ✂  Return top portion with your payment.  ✂  ························

May 31, 2007

YOU OWE:     $589.60
ACCOUNT #:                    7884

******* COMPLIANCE NOTICE *******

YOUR SILENCE IS INTERPRETED AS A REFUSAL TO PAY, PLEASE CONTACT OUR OFFICE AND ASK
FOR THE REPRESENTATIVE ASSIGNED TO YOUR ACCOUNT.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CORPORATE RECEIVABLES, INC.

<u>SEE IMPORTANT INFORMATION ON BACK</u>

08CV2832              AEE
JUDGE NORDBERG
MAGISTRATE JUDGE BROWN

CORPORATE RECEIVABLES, INC. • P.O. BOX 32995 • PHOENIX, AZ  85064-2995
(800) 643-2376 • (602) 749-1200 • MON-FRI 7AM-5PM MST



Important Consumer Information for Residents of the States Listed Below

WE ARE REQUIRED TO PROVIDE THE FOLLOWING INFORMATION UNDER STATE LAW. THIS IS NOT A COMPLETE LIST OF RIGHTS BY STATE. IF YOU DO NOT RESIDE IN ONE OF THESE STATES, YOU MAY HAVE THE SAME OR SIMILAR RIGHTS UNDER STATE OR FEDERAL LAW.

**California: Notice Requirement:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM.

**Massachusetts:** Agency office location 49 Winter Street Weymouth, MA 02188. Office hours are Monday - Thursday 10:00a.m. - 3:00 p.m.

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota:** This collection agency is licensed by the Minnesota Department of Commerce.

**New York City:** This agency is licensed by the Department of Consumer Affairs License # 1133258.

**North Carolina:** Department of Insurance Permit Number #3826.

**Tennessee:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Wisconsin:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707

Dept 087
PO Box 4115
Concord, CA 94524

|DO NOT SEND
PAYMENTS -OR-
CORRESPONDENCE
TO THIS ADDRESS!|

Return Service Requested

July 6, 2007

LINDA A ISHAK
IL

Reference Client: HSBC BANK NEVADA N.A.
Client Acct#:          7884
Reference #:
Balance Due:      $589.60

Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ 85064-2995

------------------------------------------------------------------------------
✂  Return top portion with your payment. ✂
------------------------------------------------------------------------------

RE: HSBC BANK NEVADA N.A.
BALANCE DUE: $589.60

DESPITE OUR EFFORTS TO RESOLVE THE ABOVE OBLIGATION, WE HAVE EITHER NOT RECEIVED A
RESPONSE FROM YOU OR A SUITABLE RESOLUTION. TO ENCOURAGE A RESOLUTION, WE ARE
OFFERING AN INCENTIVE FOR YOU TO PAY YOUR BALANCE DUE:

I.    A 20% REDUCTION IN THE BALANCE.

YOU ARE ENCOURAGED TO CONTACT OUR OFFICE AND SPEAK TO YOUR ACCOUNT
REPRESENTATIVE REGARDING THIS OFFER.

FOR EACH CHECK THAT IS RETURNED DUE TO NON-SUFFICIENT FUNDS, THERE WILL BE A $15.00
SERVICE CHARGE.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

THANK YOU,

CORPORATE RECEIVABLES, INC.

**SEE IMPORTANT INFORMATION ON BACK**

08CV2832        AEE

JUDGE NORDBERG

MAGISTRATE JUDGE BROWN

CORPORATE RECEIVABLES, INC. • P.O. BOX 32995 • PHOENIX, AZ 85064-2995
(800) 643-2376 • (602) 749-1200 • MON-FRI 7AM-5PM MST



EXHIBIT
B

**Important Consumer Information for Residents of the States Listed Below**

WE ARE REQUIRED TO PROVIDE THE FOLLOWING INFORMATION UNDER STATE LAW. THIS IS NOT A COMPLETE LIST OF RIGHTS BY STATE. IF YOU DO NOT RESIDE IN ONE OF THESE STATES, YOU MAY HAVE THE SAME OR SIMILAR RIGHTS UNDER STATE OR FEDERAL LAW.

**California: Notice Requirement:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM.

**Massachusetts:** Agency office location 49 Winter Street Weymouth, MA 02188. Office hours are Monday - Thursday 10:00a.m. - 3:00 p.m.

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota:** This collection agency is licensed by the Minnesota Department of Commerce.

**New York City:** This agency is licensed by the Department of Consumer Affairs License # 1133258.

**North Carolina:** Department of Insurance Permit Number #3826.

**Tennessee:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Wisconsin:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707