# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Linda A. Ishak,
Plaintiff,

Docket Number: 08CV2832

Assigned Judge: JUDGE NORDBERG

v.

Designated
Magistrate Judge: MAGISTRATE JUDGE BROWN

Corporate Receivables, Inc., an Arizona
corporation,
Defendant.

TO:

Corporate Receivables, Inc.
c/o National Registered Agents, Inc., as registered agent
200 West Adams Street
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

Date

**(By) DEPUTY CLERK**

May 16, 2008

Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

| | |
|---|---|
| NAME OF SERVER (PRINT)<br>    BARRY SAVAGE | DATE:<br>07-08-08 AT 2:13 P.M. |
| | TITLE<br>PROCESS SERVER |

*-Check one box below to indicate appropriate method of service-*

[ ]   Served personally upon the defendant. Place where served: _____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]   Returned unexecuted: _____

[X]   Other (specify): SERVED DEFENDANT CORPORATE RECEIVABLES, INC. C/O NATIONAL REGISTERED AGENT AT 200 W. ADAMS ST.,CHICAGO,IL 60606.SERVED COURTNEY HIGHTOWER,RECEPTIONIST AND AUTHORIZED AGENT. F.B,22,5'5",180LBS.,BLACK HAIR.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07-08-08
                          Date

_____
Signature of Server

_____
Address of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603