UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LINDA A. ISHAK, </br></br> Plaintiff, </br></br> vs. </br></br> CORPORATE RECEIVABLES, INC. an Arizona corporation </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No. 08-CV-2832 </br> ) </br> ) Judge John A. Nordberg </br> ) </br> ) Magistrate Judge Geraldine Soat Brown </br> ) </br> ) |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 24th day of July, 2008, we caused to be filed with the Court, the Appearances of W. Kent Carter and Adam C. Toosley on behalf of Defendant, Corporate Receivables, Inc.

July 24, 2008

                                          Respectfully submitted,

                                        CLARK HILL PLC

                                        By:    s/W. Kent Carter
                                                W. Kent Carter, Esq. (6242646)
                                                150 N. Michigan Avenue, Suite 2400
                                                Chicago, IL  60601
                                                (312) 985-5900
                                                wcarter@clarkhill.com
                                                Attorneys For CORPORATE RECEIVABLES, INC.

## CERTIFICATE OF SERVICE

      I, W. K. Carter, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of Corporate Receivables, Inc. to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on July 24, 2008.

                                                      /s W. Kent Carter

W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com

## SERVICE LIST

*Via* **Electronic Filing**
David J. Philipps
Mary Elizabeth Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
davephilipps@aol.com
mephilipps@aol.com
*Attorneys for Plaintiff*

5625250v.1