UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LINDA A. ISHAK,<br><br>    Plaintiff,<br><br>vs.<br><br>CORPORATE RECEIVABLES, INC. an Arizona corporation<br><br>    Defendant. | Case No. 08-CV-2832<br><br>Judge John A. Nordberg<br><br>Magistrate Judge Geraldine Soat Brown |

**UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

NOW COMES Defendant, CORPORATE RECEIVABLES, INC. ("CRI") by and through its attorneys, CLARK HILL, and as its Request for an Enlargement of Time to Respond to Plaintiff, LINDA A. ISHAK's ("Ishak") Complaint, pursuant to Fed. R. Civ. P. 6(b), states as follows:

1. On May 15, 2008, Ishak filed her Complaint against CRI alleging violations of the Fair Debt Collection Practices Act ("FDCPA").

2. CRI was served with the Complaint on or about July 8, 2008, and the summons requires an answer or other responsive pleading within twenty (20) days of service. Pursuant to the Summons, CRI's responsive pleading would be due on July 29, 2008.

3. CRI has retained counsel and is currently researching the claim. CRI requires additional time to investigate the facts and law regarding the claim..

4. CRI seeks an additional twenty-one (21) days, to and including August 19, 2008, to file its Answer or other responsive pleading to the Complaint. This enlargement of time is

5625244v.1

requested in good faith, for legitimate need, is not intended to delay this litigation and will cause no prejudice to any party.

WHEREFORE, CRI respectfully requests this Court enter an Order grating it an extension of twenty-one (21) days, to and including August 19, 2008, to Answer or otherwise respond to the Complaint.

July 24, 2008

                              Respectfully submitted,

                              CLARK HILL PLC

                              By:   s/ W. Kent Carter
                                    W. Kent Carter, Esq. (6242646)
                                    150 N. Michigan Avenue, Suite 2400
                                    Chicago, IL 60601
                                    (312) 985-5900
                                    wcarter@clarkhill.com
                                    Attorneys For CORPORATE RECEIVABLES, INC.