UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LINDA A. ISHAK | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08-CV-2832 |
| vs. | ) |
| | ) Judge John A. Nordberg |
| CORPORATE RECEIVABLES, INC. an Arizona corporation | ) |
| | ) Magistrate Judge Geraldine Soat Brown |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **31ˢᵗ day of July, 2008**, at 2:30 p.m., we will appear before the Honorable Judge John A. Nordberg or any Judge sitting in his stead in room 1801 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and move this Court pursuant to the attached Uncontested Motion for an Enlargement of Time to File Response to Complaint, a true and correct copy of which is attached hereto.

July 24, 2008

Respectfully submitted,

CLARK HILL PLC

By: s/W. Kent Carter
W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com
Attorneys For CORPORATE
RECEIVABLES, INC.

-2-

## CERTIFICATE OF SERVICE

     I, W. K. Carter, an attorney, do hereby certify that I caused a copy of this Notice of Motion on behalf of Corporate Receivables, Inc. to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on July 24, 2008.

                                    ___/s W. Kent Carter___

W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com

## SERVICE LIST

*Via* **Electronic Filing**
David J. Philipps
Mary Elizabeth Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
davephilipps@aol.com
mephilipps@aol.com
*Attorneys for Plaintiff*

5625604.1 28265/114565