UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LINDA A. ISHAK,<br><br>  Plaintiff,<br><br>vs.<br><br>CORPORATE RECEIVABLES, INC. an Arizona corporation<br><br>  Defendant. | Case No. 08-CV-2832<br><br>Judge John A. Nordberg<br><br>Magistrate Judge Geraldine Soat Brown |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 18th day of August, 2008, we caused to be filed with the Court, the Answer and Affirmative Defenses on behalf of Defendant, Corporate Receivables, Inc.

August 18, 2008

        Respectfully submitted,

        CLARK HILL PLC

        By: s/W. Kent Carter
           W. Kent Carter, Esq. (6242646)
           150 N. Michigan Avenue, Suite 2400
           Chicago, IL  60601
           (312) 985-5900
           wcarter@clarkhill.com
           Attorneys For CORPORATE
           RECEIVABLES, INC.

## CERTIFICATE OF SERVICE

I, W. Kent Carter, an attorney, do hereby certify that I caused a copy of this Notice of Filing on Behalf of Corporate Receivables, Inc. to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on August 18, 2008.

/s W. Kent Carter

W. Kent Carter, Esq. (6242646)
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601
(312) 985-5900
wcarter@clarkhill.com

## SERVICE LIST

*Via* **Electronic Filing**
David J. Philipps
Mary Elizabeth Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
davephilipps@aol.com
mephilipps@aol.com
*Attorneys for Plaintiff*